UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury 24-5 Sworn on August 1, 2024

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EWORLDTRADE, LLC<br><br>**Defendant.** | CRIMINAL NO. _____<br><br>**UNDER SEAL**<br><br>21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(F), 960(b)(3), and 963<br>(Conspiracy to Manufacture and Distribute Isotonitazene and 100 Grams or More of Carfentanil for Importation into the United States)<br><br>21 U.S.C. §§ 853 and 970<br>(Criminal Forfeiture) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

Beginning in and around March 2024, and continuing up to and including the date of this Indictment, both dates being approximate and inclusive, in the United States and elsewhere, the Defendant, **EWORLDTRADE, LLC,** together with others, both known and unknown to the Grand Jury, did knowingly, intentionally, and willfully combine, conspire, confederate, and agree to distribute: (A) isotonitazene, a Schedule I controlled substance; and (B) one hundred (100) grams or more of a mixture or substance containing a detectable amount of an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, to wit, carfentanil, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substances would be unlawfully imported into the United States, in violation of Title 21, United

States Code, Sections 959(a) and 960(a)(3); all in violation of Title 21, United States Code, Section 963.

With respect to the Defendant, the amount of a mixture or substance containing a detectable amount of carfentanil involved in the conspiracy attributable to the Defendant as a result of its own conduct, and the conduct of other conspirators reasonably foreseeable to it, is one hundred (100) grams or more, in violation of Title 21, United States Code, Sections 960(b)(1)(F).

(Conspiracy to Distribute Isotonitazene and 100 Grams or More of Carfentanil for Unlawful Importation into the United States, in violation of Title 21, United States Code, Sections 959(a), 960(a)(3), 960(b)(1)(F), 960(b)(3), and 963.)

## CRIMINAL FORFEITURE ALLEGATION

The United States hereby gives notice to the Defendant that upon conviction of the Title 21 offense alleged in Count One of this Indictment, the Government will seek forfeiture in accordance with Title 21, United States Code, Sections 853 and 970, of all property constituting or derived from any proceeds the Defendant obtained directly or indirectly as the result of the alleged Title 21 violation, and all property used or intended to be used in any manner or part to commit, and to facilitate, the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the Defendant up to the value of the above forfeitable property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.)

A TRUE BILL:


_____
Foreperson


_____
MARLON COBAR
Chief
Narcotic and Dangerous Drug Section
Criminal Division


By: _Ann Daniels_____
JAYCE BORN
ANN DANIELS
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530