AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>EWORLDTRADE, LLC<br><br>*Defendant* | Case: 1:25-cr-00083<br>Assigned To : Reyes, Ana C.<br>Assign. Date : 3/27/2025<br>Description: INDICTMENT (B) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| | |
|---|---|
| Place: 333 Constitution Avenue, N.W.<br>Washington, D.C. | Courtroom No.: |
| | Date and Time: 05/12/2025 1:00 pm |

This offense is briefly described as follows:

Count 1: Conspiracy to Manufacture and Distribute Isotonitazene and 100 Grams or More of Carfentanil for Importation Into the United States in violation of 21 U.S.C. §§ 959(a), 960(a)(3), 960(b)(1)(F), 960(b)(3), and 963

Criminal Forfeiture in violation of 21 U.S.C. §§ 853 and 970

Date: 03/27/2025

Digitally signed by Matthew J. Sharbaugh
Date: 2025.03.27 17:32:45 -04'00'

*Issuing officer's signature*

Hon. Matthew J. Sharbaugh, Magistrate Judge

*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 05/05/25

*Server's signature*

JSI David Castillo

*Printed name and title*

RECEIVED

MAY 14 2025

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. 25-CR-83

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
***(Not for Public Disclosure)***

## INFORMATION FOR SERVICE

Name of defendant/offender: EWORLDTRADE, LLC

Last known residence: [redacted] Delaware 19958

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)* 05/05/25 .

☐ I personally served the summons on this defendant EWorldTrade LLC at *(place)* [redacted] DE on *(date)* 05/05/25 ; or

☒ On *(date)* 05/05/25 I left the summons at the individual's residence or usual place of abode with *(name)* Allison Rathmanner , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* Allison Rathmanner , who is authorized to receive service of process on behalf of *(name of organization)* EWorldTrade LLC on *(date)* 05/05/25 and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: N/A .

I declare under penalty of perjury that this information is true.

Date returned: 05/06/25

*Server's signature*

JSI David Castillo
*Printed name and title*

Remarks: