**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EWORLDTRADE, LLC,**<br><br>**Defendant.** | **CRIMINAL NO. 25-CR-083 (ACR)** |

**[Proposed] ORDER**

Upon considering the parties' Joint Status Report and Motion to Toll Time, dated August 29, 2025, it is hereby ordered that the trial in this case will commence on May ______, 2026; and for the purpose of computing the time within which the trial must commence, the period from September 4, 2025, through May ______, 2026, shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv), to afford the parties additional time to continue discussions to reach a resolution without trial and, if necessary, prepare for trial.

DATED: ____________

______________________________
HON. ANA C. REYES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA