UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-CR-083 (ACR)** |
| v. | |
| **EWORLDTRADE, LLC,** | |
| **Defendant.** | |

## THIRD JOINT STATUS REPORT

The United States of America and Defendant EWorldTrade, LLC, by and through their respective undersigned counsel, (collectively the "Parties"), hereby submit this Joint Status Report (JSR) pursuant to the Court's November 10, 2025, Order. *See* Minute Order (Nov. 10, 2025).

Since the October 15, 2025, in-person meeting reported in the last JSR, the Parties met virtually on November 21, 2025, and in person on December 4, 2025, to continue discussing a resolution. The Parties expect to confer again in January or February 2026. The Parties still expect to resolve the case without a trial, but given the cross-border nature of this case and the multitude of issues to be navigated before a resolution, further negotiations are necessary and will take more time. The Parties will notify the Court as soon as an agreement is reached and request a hearing date accordingly.

Respectfully submitted this 5th day of January, 2026, by:

|  |  |
|---|---|
|  | MARGARET A. MOESER<br>Chief<br>Money Laundering, Narcotics<br>and Forfeiture Section<br>Criminal Division<br>U.S. Department of Justice |
| */s/ David Schertler*<br>David Schertler<br>Danny C. Onorato<br>Brooke S. Rink<br>Schertler Onorato Mead & Sears LLP<br>555 13th Street, NW<br>Suite 500 West<br>Washington, D.C. 20004<br>Phone: (202) 628-4155<br>Email: dschertler@schertlerlaw.com<br><br>*Counsel for the Defendant* | */s/ Jayce Born*<br>Jayce Born<br>Mingda Hang<br>Trial Attorneys<br>Money Laundering, Narcotics<br>and Forfeiture Section<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue NW<br>Washington, D.C.  20530<br>Phone: (202) 616-2656<br>Email: Jayce.Born@usdoj.gov<br><br>*Counsel for the Government* |