**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 25-CR-083 (ACR)** |
| **v.** | |
| **EWORLDTRADE, LLC,** | |
| **Defendant.** | |

## JOINT STATUS REPORT AND MOTION TO TOLL TIME

The United States of America and Defendant EWorldTrade, LLC, by and through their respective undersigned counsel (collectively the "Parties"), hereby submit this Joint Status Report in advance of the status hearing currently scheduled for May 11, 2026, to provide the Court with information regarding the resolution of this matter.

The Parties last appeared before this Court on March 18, 2026. At that hearing, the Parties advised the Court that they were in the process of negotiating a plea agreement that would resolve this case. The Parties thus asked the Court to vacate the May 11, 2026, trial date and convert that date to a status conference. The Court granted that request.

Since the March 18, 2026, status conference, the Parties have made significant progress toward resolving this case. Specifically, on March 31, 2026, EWorldTrade, through its corporate representative, signed a written agreement in which EWorldTrade confirmed its intent to plead guilty and agreed to the material terms of a plea agreement, including the criminal fine amount. Under this agreement in principle, the Government is willing to evaluate information justifying any claim of inability to pay and, if appropriate, consider a lesser fine to recommend to the Court at sentencing. EWorldTrade has made such claim and produced some financial documents for the Government to conduct the "ability to pay" analysis. EWorldTrade is in the process of providing

additional financial information from EWorldTrade and its related entities. These efforts and the Government's ongoing evaluation will take additional time. Therefore, the Parties request that another status hearing be scheduled for early July 2026 with the expectation that the process will be completed by that time and that EWorldTrade and the Government will enter into a plea agreement before the Court.

The Parties also request that the Court toll the Speedy Trial clock until the date the Court sets for the next hearing, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by tolling the Speedy Trial clock until that date outweigh the interest of the public and the Defendant in a speedy trial. Such time is necessary for the Parties to continue and conclude negotiations for resolving the case. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

Respectfully submitted this 7th day of May 2026:

<div style="display:flex">

_____
David Schertler
Danny C. Onorato
Schertler Onorato Mead & Sears LLP
555 13th Street, NW
Suite 500 West
Washington, D.C. 20004
Phone: (202) 628-4155
Email: dschertler@schertlerlaw.com

MARGERET MOESER
Chief
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division


*/s/ Jayce Born*
JAYCE BORN
MINGDA HANG
Trial Attorneys
Money Laundering, Narcotics and
Forfeiture Section
Criminal Division
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20530
Phone: (202) 616-2656
Email: Jayce.Born@usdoj.gov

</div>